UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HONORABLE THOMAS J. WHELAN

| UNITED STATES OF AMERICA, | Crim. Case No.: 22CR2248-W |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE |
| JOHN MICHAEL GUTIERREZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN:

The Court grants the relief requested by the parties. The Motion In Limine Hearing and Jury Trial set for August 1, 2023, at 9:00a.m. is continued to November 28, 2023, at 9:00a.m. Time is excluded in the interest of justice in accordance with 18 USC 3161(h).

Date: 7/25/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

1

22CR2248-W